**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **VERTIS JEROME ANTHONY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:19cv110-MHT** |
| | ) | **(WO)** |
| **LOUIS BOYD, Warden,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 32) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 31) is adopted.

(3) Plaintiff's 42 U.S.C. § 1983 claims against defendant Nurse Flowers are dismissed with prejudice due to the passage of the statute of limitations.

(4) Plaintiff's remaining federal claims are

dismissed without prejudice for failure to state a claim.

(5) Plaintiff's state-law claims, if any, are dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of May, 2019.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**